# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00489-CV

**Matthew Birmingham, Appellant**

**v.**

**The Villas at Southport, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-23-000918, THE HONORABLE TODD T. WONG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on October 27, 2023. To date, the brief has not been tendered for filing and is overdue. On February 20, 2024, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by March 1, 2024, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed for Want of Prosecution

Filed: March 15, 2024